IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DAVID KYLE ALDRED,              :
                                :
            Plaintiff           :
                                :
                                :
      VS.                       :        **1 : 06-CV-06 (WLS)**
                                :
DR. DEWAYNE AYERS,              :
                                :
                                :
            Defendant.          :
_____

## RECOMMENDATION

Presently pending herein is the plaintiff's Motion to Dismiss this civil action.  Although he offers no explanation for his request, the plaintiff asks that this matter be dismissed "in full". Accordingly, it is the recommendation of the undersigned that the plaintiff's motion be **GRANTED** and that this matter be dismissed.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, Chief United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 8th day of June, 2006.

          /s/ ***Richard L. Hodge***_____
          RICHARD L. HODGE
          UNITED STATES MAGISTRATE JUDGE

asb