**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY GEORGIA**

| | |
|---|---|
| DAVID KYLE ALDRED, : | |
|     Plaintiff : | |
| v.  : | 1:06-CV-06 (WLS) |
| DR. DEWAYNE AYERS, : | |
|     Defendant : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on June 8, 2006. (Doc. 10). It is recommended that Plaintiff's Motion to Dismiss (Doc. 9) be granted. (Doc. 10). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 10) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion to Dismiss (Doc. 9) is **GRANTED**.

**SO ORDERED**, this  4th  day of August, 2006.

  /s/W. Louis Sands  
**W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**